**OHIO CELLULAR PRODUCTS CORPORATION, Plaintiff–Appellant,**

and

**Donald E. Nelson, Third Party Defendant/Fourth Party Plaintiff–Appellant,**

v.

**ADAMS USA, INC. and Apehead Manufacturing, Inc., Defendants–Third Party Plaintiffs–Appellees,**

v.

**Patrick J. Arnold, Jr., Robert Fieseler, James E. Lammy, Sr., and Robert F. Rywalski, Fourth Party Defendants.**

No. 02–1079.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 7, 2002.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.